HONORABLE FRED VAN SICKLE

HUGH T. LACKIE, #6693
HEATHER C. YAKELY, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MENCIANA B. MEIPPEN, Personal Representative of the Estate of Benites S. Sichiro, Deceased,<br><br>Plaintiff(s),<br><br>vs.<br><br>SPOKANE COUNTY, a Municipal Corporation; SPOKANE COUNTY SHERIFF'S OFFICE, a Division of Spokane County; MARK K. STERK, Former Sheriff of Spokane County and JANE DOE STERK, his wife; SHARON M. DUNPHY and JOHN DOE DUNPHY, her husband; STEPHEN L. LONG and JANE DOE LONG, his wife; EDWARD J. PETRIE and JANE DOE PETRIE, his wife; DAVID L. HATTON and JANE DOE HATTON, his wife; | Case No.  2:07-cv-00220-FVS<br><br>PERMANENT PROTECTIVE ORDER |

PERMANENT PROTECTIVE ORDER
page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | WAYNE D. MAUER and JANE DOE MAUER, his wife; THEODORE R. TOFSRUD and JANE DOE TOFSRUD, his wife; GAIL J. BASS and JANE DOE BASS, his wife; TIM CHRISTOPHERSON and JANE DOE CHRISTOPHERSON, his wife; JOHN C. ELAM and JANE DOE ELAM, his wife; MICHAEL D. VANATTA and JANE DOE VANATTA, his wife; TODD S. BELITZ and JANE DOE BELITZ, his wife; MATTHEW MILHOLLAND and JANE DOE MILHOLLAND, his wife; JOHN DOES I-X and JANE DOES I-X,<br><br>                              Defendant(s). |

## ORDER

IT IS HEREBY ORDERED that the following procedures shall apply to the personnel and training records pertaining to correctional officers and deputies as named Defendants in the above-referenced matter.  Spokane County has designated these records as confidential subject to the following provisions:

1.     The personnel records and training records of correctional officers and deputies as named Defendants (herein "Records") shall be produced and used solely for the purposes of this litigation and shall not be disclosed, except pursuant to court order, to anyone except:

PERMANENT PROTECTIVE ORDER
page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

      a.    The parties' attorneys and their employees;

      b.    Consultants and experts retained by any party for the purposes of assisting in the preparation or presentation of claims or defenses;

      c.    Any other person with prior written consent of the party producing the documents.

2.    All of the foregoing persons, other than the parties' attorneys and their employees, shall be shown a copy of this order and shall sign it or otherwise signify in writing prior to being shown confidential documents that the person has read the order and consents to be bound by its terms. Attached hereto as Exhibit A is a sample copy of a consent form.

3.    Upon completion of this litigation, all copies of the Records or documents or testimony with references thereto shall, at Spokane County's option, be destroyed or returned to Spokane County's counsel. This is to include all copies <u>reproduced</u> by any party, agent, employee or expert of Plaintiffs and Co-Defendants.

4.    No documents or information from the Records shall be used for any purpose unrelated to the conduct of this litigation.

5.    Nothing contained herein shall be construed to prejudice or limit any party's right to use the Records in taking of depositions or at trial to the

PERMANENT PROTECTIVE ORDER
page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

extent permitted, if at all, under the Federal Rules of Evidence and Civil Procedure.

6. Nothing in this order shall prevent any party hereto from seeking modification of this order or from objecting to discovery which it believes to be otherwise improper.

7. Violation of the terms of this Order, by any of the signators to this agreement, their employees, agents or experts may be subject the violator to terms (monetary and/or injunctive) as well as attorney's fees and costs incurred in enforcing this Order and as the Court deems appropriate. DONE IN ~~OPEN COURT~~ this 1st day of ~~January,~~ February 2008.

s/ Fred Van Sickle
_____
**JUDGE FRED VAN SICKLE**

Dated: 1/25/08

EVANS, CRAVEN & LACKIE, P.S.

_____
HUGH T. LACKIE, #6693
HEATHER C. YAKELY, #28848
Attorneys for Defendants

Dated: 1/16/08

GOSS, HIPPERSON & SAMPSON

_____
BRIAN G. HIPPERSON, #06177
Attorney for Plaintiffs

PERMANENT PROTECTIVE ORDER
page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632