HONORABLE FRED VAN SICKLE

HUGH T. LACKIE, #6693
HEATHER C. YAKELY, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MENCIANA B. MEIPPEN, Personal Representative of the Estate of Benites S. Sichiro, Deceased,<br><br>                              Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, a Municipal Corporation; SPOKANE COUNTY SHERIFF'S OFFICE, et al.,<br><br>                              Defendants. | Case No.  2:07-cv-00220-FVS<br><br>ORDER GRANTING MOTION TO VACATE AMENDED SCHEDULING ORDER |

THIS MATTER came on for hearing without oral argument before the above-entitled Court on the 16th day of July, 2009, on parties' Stipulated Motion to Vacate the Amended Scheduling Order. After reviewing the files and records herein, and the Court having been fully advised, it is hereby:

ORDER TO VACATE SCHEDULING ORDER
page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

ORDERED, ADJUDGED AND DECREED, that parties' Stipulated Motion to Vacate Amended Scheduling Order **(Ct. Rec. 199) is GRANTED.**

Dated this ___16th___ day of July, 2009.

```
            s/ Fred Van Sickle
     _____
     FRED VAN SICKLE
     Senior United States District Judge
```

ORDER TO VACATE SCHEDULING ORDER
page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632