Greg M. Devlin, WSBA No. 7228
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Brian G. Hipperson, WSBA No. 6177
Goss, Hipperson & Sampson
1201 N. Ash, Suite 200
Spokane, WA 99201
Telephone: (509) 327-1545

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MENCIANA B. MEIPPEN, Personal Representative of the Estate of Benites S. Sichiro, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKANE COUNTY, a Municipal Corporation; SPOKANE COUNTY SHERIFF'S OFFICE, a Division of Spokane County; MARK K. STERK, Former Sheriff of Spokane County, and | No. CV-07-220-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

JANE DOE STERK, his wife; SHARON M. DUNPHY and JOHN DOE DUNPHY, her husband; STEPHEN L. LONG and JANE DOE LONG, his wife; EDWARD J. PETRIE and JANE DOE PETRIE, his wife; DAVID L. HATTON and JANE DOE HATTON, his wife; WAYNE D. MAUER and JANE DOE MAUER, his wife; THEODORE R. TOFSRUD and JANE DOE TOFSRUD, his wife; GAIL J. BASS and JANE DOE BASS, his wife; TIM CHRISTOPHERSON and JANE DOE CHRISTOPHERSON, his wife; JOHN C. ELAM and JANE DOE ELAM, his wife; MICHAEL D. VANATTA and JANE DOE VANATTA, his wife; TODD S. BELITZ and JANE DOE BELITZ, his wife; MATTHEW MILHOLLAND and JANE DOE MILHOLLAND, his wife; JOHN DOES I-X and JANE DOES I-X,

Defendants.

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED that this case and all causes of action, whether pled or not, is dismissed with prejudice and without costs to any party.

DATED this 10th day of November, 2009.

s/ Fred Van Sickle

FRED L. VAN SICKLE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131